GARY M. RESTAINO
United States Attorney
District of Arizona

SHARON K. SEXTON
Arizona State Bar No. 012359
Email: Sharon.Sexton@usdoj.gov
ALANNA R. KENNEDY
Arizona State Bar No. 022097
Email: Alanna.Kennedy@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 4 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-8041-PCT-SPL (DMF) |
|---|---|
| Plaintiff, | **R E D A C T E D<br>I N D I C T M E N T** |
| vs. | VIO: 18 U.S.C. § 1153 and A.R.S. §§ 13-3623(A), 13-702, and 13-705<br>(CIR – Child Abuse)<br>Count 1 |
| Farin Whitewater, | |
| Defendant. | 18 U.S.C. § 1153 and A.R.S. §§ 13-3623(B) and 13-702<br>(CIR – Child Abuse)<br>Count 2 |
| | 18 U.S.C. §§ 1153 and 113(a)(6)<br>(CIR – Assault Resulting in Serious Bodily Injury)<br>Count 3 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or between January 20, 2022 and April 22, 2022, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, Defendant FARIN WHITEWATER, an Indian, under circumstances likely to produce death and serious

physical injury, intentionally, knowingly, and recklessly caused Jane Doe, a child under the age of 15, to suffer physical injury, including injury to her head, eyes and ribs.

In violation of Title 18, United States Code, Section 1153 and Arizona Revised Statutes, Sections 13-3623(A), 13-702, and 13-705.

## COUNT 2

On or between January 20, 2022 and April 22, 2022, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, Defendant FARIN WHITEWATER, an Indian, under circumstances other than those likely to produce death and serious physical injury, intentionally, knowingly, and recklessly caused Jane Doe, a child under the age of 18, to suffer physical injury, including injury to her femur and shin.

In violation of Title 18, United States Code, Section 1153 and Arizona Revised Statutes, Sections 13-3623(B) and 13-702.

## COUNT 3

On or between January 20, 2022 and April 22, 2022, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, Defendant FARIN WHITEWATER, an Indian, did intentionally, knowingly and recklessly assault the victim, Jane Doe, a child under the age of 18 years, resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date:  March 14, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
SHARON K. SEXTON
ALANNA R. KENNEDY
Assistant U.S. Attorneys